UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 9313 (RPP)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

            Plaintiffs,
  -against-

M & R EUROPEAN CONSTRUCTION CORP.,

            Defendant.
------------------------------------------------------------------X
C O U N S E L :

  PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on January 15, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Robert P. Patterson, Jr., United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 24-A, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
   January 15, 2008

                Yours, etc.,

                O'DWYER & BERNSTIEN, LLP

           By: _____
             ANDREW GRABOIS, ESQ.
             Attorney for Plaintiffs
             52 Duane Street, 5th Floor
             New York, New York 10007
             (212) 571-7100

TO:    M & R European Construction Corp.
        48-16 70th Street
        Woodside, NY 11377